1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5  450 Golden Gate Avenue
   San Francisco, California 94102
6  Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
7  E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9  
                        UNITED STATES DISTRICT COURT
10  
                      NORTHERN DISTRICT OF CALIFORNIA
11  
                        SAN FRANCISCO DIVISION
12  
    UNITED STATES OF AMERICA,              )    Criminal No. CR 09-0713 CRB
13                                         )
            Plaintiff,                     )
14                                         )
            v.                             )    [PROPOSED] ORDER AND
15                                         )    STIPULATION EXCLUDING TIME
    CLAUDIA MARISA CARRANZA-               )    FROM JULY 16, 2009, TO AUGUST 5,
16  FLORES,                                )    2009
    a/k/a Claudia Carranza-Villegas,       )
17  a/k/a Zonia Milagro Garay-Cortez,      )
    a/k/a Teresa Ruiz-Romero, and          )
18  a/k/a Ana Maria Santos,                )
                                           )
19          Defendant.                     )
                                           )
20  _____)

21          The parties appeared before the Honorable Nandor J. Vadas on July 16, 2009. With the

22  agreement of counsel for both parties, the Court found and held as follows:

23          1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161, from July 16, 2009, to August 5, 2009, in light of the need for defendant's counsel to

25  review discovery. Additionally, defendant's counsel will be out of state and unavailable to his

26  client from July 17, 2009, to July 27, 2009. Failure to grant the requested continuance would

27  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

28  [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 09-0713 CRB

into account the exercise of due diligence and the need for counsel to review the discovery with the defendant. Failure to grant the requested continuance would also deny defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 16, 2009, to August 5, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 16, 2009, to August 5, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 17, 2009                    /s/
                                   RONALD C. TYLER
                                   Counsel for Claudia Carranza-Flores

DATED: July 17, 2009                    /s/
                                   DARYL T. EREMIN
                                   Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 7/22/09

                                   THE HON. NANDOR J. VADAS
                                   United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0713 CRB                          2