FILED
09 SEP 25 PM 2:54

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )  | No. CR 09-0713 CRB |
| Plaintiff,                )  | STIPULATION AND [PROPOSED] ORDER OF TEMPORARY RELEASE FROM MARSHALS SERVICE CUSTODY |
| v.                )  | |
| CLAUDIA CARRANZA-FLORES,       )  | |
| Defendant.                ) | |

**STIPULATION AND ORDER**

Pursuant to Title 18 United States Code § 3142, et. seq., the parties agree that the defendant should be TEMPORARILY released from the custody of the United States Marshals Service into the custody of officers of Immigration and Customs Enforcement (ICE).

This release into ICE custody is meant to facilitate the defendant's visit to her son, Israel Flores at 3000 Fruitvale Avenue, Apartment 6, Oakland, California. Mr. Flores is terminally ill and has been released to home hospice care. Defense counsel has been informed by Mr. Flores's hospice nurse that Mr. Flores is not expected to live through the weekend. Defense counsel has been informed by the ICE Field Office that ICE agents will transport the defendant, in custody, to visit her son. Once the visit is over, the defendant will be returned to the custody of the United States Marshals Service.

IT IS SO STIPULATED.

Dated:   September 25, 2009              /s/
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender
                                        Counsel for Claudia Carranza-Flores

Stipulation and [Proposed] Order
CR 09-0713 CRB                              1

1  Dated:   September 25, 2009           /s/
2                                        DARYL EREMIN
                                         Special Assistant United States Attorney
3
4
5
6
   **IT IS SO ORDERED.**
7
8
9  Dated: Sept. 25, 2009
10                                       HONORABLE CHARLES R. BREYER
                                         United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stipulation and [Proposed] Order
CR 09-0713 CRB                                2