IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0713 CRB |
| Plaintiff, | SECOND STIPULATION AND [PROPOSED] ORDER OF TEMPORARY RELEASE FROM MARSHALS SERVICE CUSTODY |
| v. | |
| CLAUDIA CARRANZA-FLORES, | |
| Defendant. | |

**STIPULATION AND ORDER**

Pursuant to Title 18 United States Code § 3142, et. seq., the parties agree that the defendant should again be TEMPORARILY released from the custody of the United States Marshals Service into the custody of officers of Immigration and Customs Enforcement (ICE).

This release into ICE custody is meant to facilitate the defendant's visit to view the body of her son, Israel Flores at Smith & Witter Funeral Home, 5145 Sobrante Avenue in El Sobrante, California. Defense counsel has been informed by the ICE Field Office that ICE agents will transport the defendant, in custody, for the visitation. Once the visit is over, the defendant will be returned to the custody of the United States Marshals Service.

IT IS SO STIPULATED.

Dated:   September 29, 2009

RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Claudia Carranza-Flores

Dated:   September 29, 2009

DARYL EREMIN
Special Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: Sept. 29, 2009

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge