IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARRANZA-FLORES,<br><br>    Defendant.<br>_____/ | No. C 09-713 CRB<br><br>**ORDER DENYING MOTION FOR EARLY RELEASE** |

This Court is in receipt of Defendant's motion for early release and the Government's response thereto. For the reasons stated in the Government's opposition, this Court does not have jurisdiction to modify the defendant's sentence and grant early release. Therefore, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 27, 2010

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\713\Order Denyinjg.wpd